*Isaac Nutovic, Esq.*
*NUTOVIC & ASSOCIATES*
*488 Madison Avenue, 16th Floor*
*New York, New York 10022*
*(212) 421-9100*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re

          33 W 127 LLC

                      Debtor
--------------------------------------------------------X

                                     Chapter 11

                                     10-16815 (scc)

## NOTICE OF ADJOURNMENT OF SECTION 341 MEETING

**PLEASE TAKE NOTICE**, that the meeting of creditors pursuant to 11 U.S.C. §341(a) previously scheduled for January 27, 2011 has been adjourned to February 17, 2011 at 2:30 p.m. at the Office of the United States Trustee 80 Broad Street, 4th Floor, New York, N.Y. 10004

Dated: New York, New York
         February 2, 2011

                                          NUTOVIC & ASSOCIATES
                                          Attorneys for the Debtor

                                          By: <u>*s/ Isaac Nutovic*</u>
                                               Isaac Nutovic (IN-2076)
                                               488 Madison Avenue, 16th Floor
                                               New York, N.Y. 10022
                                               (212) 421-9100

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re

        33 W 127 LLC

                      Debtor
--------------------------------------------------------X

Chapter 11

10-16815 (scc)

## CERTIFICATE OF SERVICE

Isaac Nutovic, certifying under penalty of perjury says:

I am not a party to the action. I am over the age of eighteen years and reside in Brooklyn, New York.

On February 2, 2011, I served a copy of the documents referenced below by causing true and correct copies of the same to be sent via the US Postal Service with postage prepaid thereon, to the parties listed on the attached service list.

:                      **NOTICE OF ADJOURNMENT OF SECTION 341 MEETING**

Dated: New York, New York
February 2, 2011

                                                   __s/ *IsaacNutovic*
                                                   Isaac Nutovic, Esq.

Chad Hughes
Apt 1
785 St Nicholas Avenue
NY, NY 10031

Empire State Supply
639 Macdonald Avenue
Brooklyn, NY 11218

Migdol Realty Management
223 West 138th Street
New York, NY 10030

New York City Corporation Counsel
100 Church Street
N.Y.  N.Y. 10007

Padma Construction Corp
2249 Powell Avenue
Bronx, NY 10462

Tarantino Consulting Group LLC
Suite 607
1 Beekman Place
New York, NY 10038

Yarnis Nunez
27 West 133rd Street
Garden Duplex
NY, NY 10030

Corporation Counsel of the City of New York
120 Broadway #5
New York, N.Y. 10771-1100

Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, N.Y. 10004

Mark N. Berman, Esq.
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022