UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                    Chapter 11

33 W 127 LLC,                                             Case No. 10-16815-SCC

                              Debtor.

## ORDER TO SHOW CAUSE AND NOTICE FIXING HEARING DATE TO CONSIDER MOTION FOR APPOINTMENT OF CHAPTER 11 TRUSTEE

Upon the motion, dated March 23, 2011 (the "Motion"), of Amalgamated Bank ("Amalgamated"), seeking the appointment of a chapter 11 trustee; and upon the Declaration of Christopher M. Desiderio Pursuant to Local Rule 9077-1(a) (the "Declaration") attesting to the necessity for relief by Order to Show Cause; and it appearing that no notice of this Order to Show Cause need be given, except as provided herein; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED:

1.      A hearing (the "Hearing") to consider the Motion shall be heard before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in Room 610 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on March 29, 2011 at 2:00 p.m. (Eastern Time), or as soon thereafter as counsel may be heard.

2.      Notice of the Hearing shall be given by sending a copy of this Order to Show Cause, and the Motion via email, fax or overnight mail, on or before March 24, 2010 at 6:00 p.m. to (a) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, NY 10004, Attn: Greg Zipes, Esq; (b) Nutovic & Associates, 488 Madison Avenue, 16th

Floor, New York, New York 10022, Attn: Isaac Nutovic; and (c) all parties who have requested notice in this chapter 11 case.

3.     Any responses or objections to the Motion must be in writing, shall conform to the Bankruptcy Rules and the Local Bankruptcy Rules, and shall be filed with the Bankruptcy Court (i) electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (ii) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on (a) Nixon Peabody LLP, attorneys for Amalgamated, 437 Madison Avenue, New York, New York 10022, Attn: Christopher M. Desiderio and Mark N. Berman; (b) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, NY 10004, Attn: Greg Zipes, Esq; and (c) Nutovic & Associates, 488 Madison Avenue, 16th Floor, New York, New York 10022, Attn: Isaac Nutovic; so as to be received no later than March 28, 2011 at 2:00 p.m. (Eastern Time).

Dated: March 24, 2011
     New York, New York

                      /S/ Shelley C. Chapman
                      HONORABLE SHELLEY C. CHAPMAN
                      UNITED STATES BANKRUPTCY JUDGE